UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60056-CIV-COHN/SELTZER

JAIME E. BANEGAS-HERNANDEZ,

    Plaintiff,

v.

HIGH POINT DRYWALL, LLC,
LEONARDO AGUILAR, and
JUAN SANIN,

    Defendants.
_____/

## ORDER APPROVING FLSA SETTLEMENT AND DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice [DE 15] ("Motion"). The Court has carefully reviewed the Motion, the Settlement Agreement, and the record in this case, and is otherwise advised in the premises. The Court finds that the terms of the settlement are fair and reasonable and meet the standard set forth in Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice [DE 15] is **GRANTED**;

2. The parties' Settlement Agreement is **APPROVED**;

3. The above-styled action is hereby **DISMISSED WITH PREJUDICE**;

4. Each party shall bear its own costs and attorneys' fees except as the parties have otherwise agreed;

5. The Court retains jurisdiction solely to enforce the terms of the Settlement Agreement between the parties; and

6. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of March, 2017.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF